IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STRATA MARKETING, INC.** <br><br> Plaintiff, <br><br> v. <br><br> **ONEDOMAIN, INC.**, <br><br> Defendant. | No.  08 C 2956 <br><br> The Honorable Robert M. Dow, Jr. |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Strata Marketing, Inc. ("Strata"), by its attorneys, Thomas D. Rosenwein, Don E. Glickman and James A. Flesch of Gordon, Glickman, Flesch & Rosenwein, moves, pursuant to Fed. R. Civ. P. 41(a)(1), to voluntarily dismiss, with prejudice, its Complaint against OneDomain, Inc. ("OneDomain").

In support of said motion, Strata states that all issues between the parties have been fully and finally settled, obviating the necessity of further litigation.  Since the Complaint was filed in this matter, OneDomain has not appeared in the action nor has it filed any responsive pleading.

**WHEREFORE**, Plaintiff Strata Marketing, Inc. prays that this Court dismiss the current action with prejudice, with each party to bear its own costs and fees.

                                                         **STRATA MARKETING, INC.**

Dated: June 13, 2008                              By:  /s/  Thomas D. Rosenwein
                                                               One of Its Attorneys

Thomas D. Rosenwein (#02391597)
**Gordon, Glickman, Flesch & Rosenwein**
140 South Dearborn Street, Suite 404
Chicago, IL  60603
(312) 346-1080

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **STRATA MARKETING, INC.** | |
| Plaintiff, | |
| v. | No. 08 C 2956 |
| **ONEDOMAIN, INC.**, | The Honorable Robert M. Dow, Jr. |
| Defendant. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on June 13, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying Motion to Dismiss with Prejudice.

                                                  **STRATA MARKETING, INC.**

                                                  By:  /s/ Thomas D. Rosenwein
                                                          One of Its Attorneys

Thomas D. Rosenwein (#02391597)
**Gordon, Glickman, Flesch & Rosenwein**
140 South Dearborn Street, Suite 404
Chicago, IL  60603
(312) 346-1080