UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Strata Marketing Inc
                    Plaintiff,

v.                                Case No.: 1:08−cv−02956
                                      Honorable Robert M. Dow Jr.

OneDomain, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Plaintiff Strata Marketing Inc to voluntarily dismiss with prejudice [9], pursuant to Fed.R.Civ.P. 4l(a)(l), is granted. Status hearing date of 7/22/08 is stricken. Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.